IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMIE KAY WYATT,
Individually, and as Personal
Representative of the Estate of
Shawn Edward Wyatt, Deceased                                    PLAINTIFF

v.                          3:16-cv-329-DPM

ROACH MANUFACTURING CORPORATION                    DEFENDANT

ORDER

In the 1990s, I worked on some matters for Roach Manufacturing with David Cahoon when we practiced law together in Jonesboro. I don't remember any details about the work. I do remember going to the plant in Trumann at some point, meeting Charlie and Margaret Parks, and talking with them on the telephone. David Cahoon left our law firm in 1997, and I think this client went with him. Much time has passed since I represented the company; the work had no connection to this dispute; and my role was a supporting one. I'm therefore inclined to stay on this case. I don't think my impartiality could reasonably be questioned. But I wanted to put the facts, as I remember them, of record. And I will be glad to reconsider at the request

of either party.

    So Ordered.

                                                 */s/ D.P. Marshall Jr.*
                                              D.P. Marshall Jr.
                                              United States District Judge

                                              8 February 2017