IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMIE KAY WYATT,
Individually, and as Personal
Representative of the Estate of
Shawn Edward Wyatt, Deceased         PLAINTIFF

v.                No. 3:16-cv-329-DPM

ROACH MANUFACTURING
CORPORATION                          DEFENDANT

## ORDER

The Court notes and appreciates the parties' joint motion, № 22. It's granted. The case will be dismissed with prejudice. Roach's motion for leave to file, № 21, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2017