# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TOMMIE KAY WYATT,
Individually, and as Personal
Representative of the Estate of
Shawn Edward Wyatt, Deceased                                    PLAINTIFF

v.                                  No. 3:16-cv-329-DPM

ROACH MANUFACTURING
CORPORATION                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2017